**Electronically Filed
Supreme Court
SCWC-18-0000147
17-JUN-2024
09:39 AM
Dkt. 21 ODAC**

SCWC-18-0000147
(Consolidated with SCWC-18-0000696)

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

ANNA ECKHART-DODD, Personal Representative of the
Estate of William Horace Dodd,
Respondent/Plaintiff-Appellee,

vs.

THERESA HAI HUA DODD,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000147; CAAP-18-0000696; FC-D No. 13-1-7631)

ORDER REJECTING APPLICATIONS FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, and Devens, JJ., and
Circuit Judge Somerville, in place of Ginoza, J., recused)

Petitioner Theresa Hai Hua Dodd's Application for Writ
of Certiorari in SCWC-18-0000696, filed April 24, 2024, and
Application for Writ of Certiorari in SCWC-18-0000147, filed April
25, 2024, are hereby rejected.

DATED: Honolulu, Hawai'i, June 17, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ Rowena A. Somerville

